**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William C. Jennings,

Civil No. 00-2482 (DWF/FLN)

Plaintiff,

v.

**ORDER**

Justin Rotton, Scott Branson, T. Whipps, Hatch, J. Rowe, M. Hichbush, J. Hanson, Gross, M. Crim, Stiff, D. Pierce, and John Doe, sued as John Doe(s),

Defendant.

---

William C. Jennings, Pro Se, #184898, Minnesota Correctional Facility, Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082-1117, Plaintiff.

---

This matter is before the Court upon the Report of Recommendation of Chief Magistrate Judge Franklin L. Noel dated November 22, 2000, recommending that: (1) Plaintiff's "Application to Proceed Without Prepayment of Fees" be denied; (2) that the action be summarily dismissed pursuant to 28 U.S.C. § 1915A(b)(1); (3) that Plaintiff be required to pay the unpaid balance of the court filing fee, namely the full $150 fee, in accordance with 28 U.S.C. § 1915(b)(2); and (4) pursuant to 28 U.S.C. § 1915(g), that the action be dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted." The Plaintiff failed to file on a timely basis any objections to the Report and Recommendation. However, for purposes of the Court's decision and its *de novo* review of the record, the Court will deem the documents filed by the Plaintiff entitled Brief in Support of Plaintiff's Motion for Opposition of Motion for Summary

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 04 2001
DEPUTY CLERK

Judgment as objections to the Report and Recommendation in fairness to the Plaintiff. The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated November 22, 2000 (Doc. No. 4) is **ADOPTED**.

2. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 3) is **DENIED**.

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

4. Plaintiff is required to pay the unpaid balance of the court filing fee, namely the full $150 fee, in accordance with 28 U.S.C. § 1915(b)(2).

5. For purposes of 28 U.S.C. § 1915(g), this action is **DISMISSED** "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: January 4, 2001

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JAN 0 4 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995