# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William C. Jennings

Plaintiff

v.

Justin Rotton, Scott Branson, T. Whipps, Hatch, J. Rowe, M. Hichbush, J. Hanson, Gross, M. Crim, Stiff, D. Pierce, and John Doe sued as John Doe(s)

Defendants

Case No. Civil 00-2482 DWF/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Chief Magistrate Judge Franklin L. Noel's Report and Recommendation dated 11/22/00 is adopted. Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee, namely $150. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: January 4, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk